**UNITED STATES of America**
**Plaintiff-Appellee**

v.

**Daniel LOZA-RAMIREZ**
**Defendant-Appellant**

No. 17-2465

United States Court of Appeals,
Eighth Circuit.

Submitted: February 1, 2018

Filed: February 12, 2018

Christopher L. Ferretti, Special Assistant U.S. Attorney, John Higgins, U.S. Attorney's Office, District of Nebraska, Omaha, NE, for Plaintiff-Appellee

Daniel Loza-Ramirez, Pro Se

Before BENTON, MURPHY, and ERICKSON, Circuit Judges.

PER CURIAM.

Daniel Loza-Ramirez directly appeals the sentence the district court[1] imposed after he pleaded guilty to distributing cocaine, pursuant to a plea agreement that contained a waiver of the right to appeal his sentence. Loza-Ramirez's counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that the waiver is valid, applicable, and enforceable. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing waiver would not result in miscarriage of justice). Having independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal falling outside the scope of the appeal waiver.

Accordingly, we grant counsel's motion to withdraw, and we dismiss this appeal.

1. The Honorable Robert F. Rossiter, Jr., United States District Judge for the District of Nebraska.